THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE NOOKSACK INDIAN TRIBE,<br><br>           Plaintiff,<br>   v.<br><br>RYAN K. ZINKE,[1] *et al.*,<br><br>           Defendants. | CASE NO. C17-0219-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On March 16, 2017, Plaintiff filed a motion for preliminary injunction (Dkt. No. 19), with a noting date of April 7, 2017. On April 3, 2017, Defendants responded to the motion and filed a cross-motion to dismiss or for summary judgment (Dkt. No. 26), with a noting date of April 28, 2017. One of the arguments Defendants raise is that Plaintiff lacks standing to bring this suit. Plaintiff limited its reply arguments to those relevant to the preliminary injunction motion. (Dkt. No. 29.)

After reviewing the briefing, the Court concludes the motion for preliminary judgment should be renoted for the same day as the cross-motion. The Court needs to consider all of the

---

[1] On March 1, 2017, Ryan K. Zinke was sworn into office as Secretary of the Interior. He is therefore substituted for Kevin "Jack" Haugrud, formerly Acting Secretary of the Interior, pursuant to Federal Rule of Civil Procedure 25(d).

1  briefing in order to determine if it has jurisdiction over this matter and can consider entering a
2  preliminary injunction. Therefore, the Clerk is DIRECTED to renote the motion for preliminary
3  injunction (Dkt. No. 19) for April 28, 2017.
4       DATED this 10th day of April 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk