THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE NOOKSACK INDIAN TRIBE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RYAN K. ZINKE, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. C17-0219-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 45) of the order granting Defendant's motion to dismiss (Dkt. No. 43). The Court hereby calls for a response to Plaintiff's motion for reconsideration from Defendant. Defendant shall file a response brief of eight (8) pages or less no later than June 12, 2017. Plaintiff's reply, if any, shall be five (5) pages or less and due June 16, 2017. The Clerk is directed to RENOTE the Plaintiff's motion for reconsideration (Dkt. No. 45) for June 16, 2017.

DATED this 26th day of May 2017.

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/Paula McNabb
　　　　　　　　　　　　　　　　　　　Deputy Clerk