THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE NOOKSACK INDIAN TRIBE,

   Plaintiff,

  v.

RYAN K. ZINKE, *et al.*,

   Defendants.

CASE NO. C17-0219-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff and Defendants' joint motion to stay proceedings (Dkt. No. 49) and Intervenor Defendants' response (Dkt. No. 50). The Court, finding good cause, GRANTS the motion. All proceedings in this action will be STAYED for 120 days, including the pending motion for reconsideration (Dkt. No. 45). The parties, including Intervenor Defendants, are ORDERED to file a joint status report prior to the end of the 120-day period, informing the Court of the status of their negotiations and making recommendations regarding the disposition of this lawsuit.

The Court directs the Clerk to TERMINATE the motion for reconsideration (Dkt. No. 45). The parties should inform the Court in their joint status report if the motion needs to be renoted.

DATED this 27th day of June 2017.

William M. McCool<br>
Clerk of Court

s/Paula McNabb<br>
Deputy Clerk