THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE NOOKSACK INDIAN TRIBE, | CASE NO. C17-0219-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RYAN K. ZINKE, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report filed on October 27, 2017 (Dkt. No. 54). On June 27, 2017, the Court ordered a 120-day stay of proceedings. (Dkt. No. 51). Based on the parties' joint status report, the Court LIFTS the stay and DIRECTS the Clerk to renote Plaintiff's motion for reconsideration (Dkt. No. 45) to October 27, 2017.

DATED this 13th day of November 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk